UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **ED CV 18-860-DMG (RAOx)** | Date | June 19, 2019 |
|---|---|---|---|
| Title | *Samuel Love v. Liborio Cortez, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR NON-COMPLIANCE WITH COURT ORDERS**

On February 5, 2019, the Court ordered the parties participate in a settlement conference with the assigned Magistrate Judge by October 1, 2019. [Doc. # 39.] On March 20, 2019, Hon. Rozella A. Oliver, United States Magistrate Judge, issued an order setting the settlement conference and ordered the parties to submit confidential statements. [Doc. # 48.] On June 14, 2019, Magistrate Judge Oliver issued a minute order vacating the mediation conference because Plaintiff did not timely submit his confidential statement. [Doc. # 49.]

IT IS HEREBY ORDERED that Plaintiff show cause in writing no later than **July 3, 2019**, why sanctions should not be imposed for his failure to comply with this Court's Order [Doc. # 39] and Judge Oliver's Order [Doc. # 48].

IT IS SO ORDERED.


cc:   Hon. Rozella A. Oliver
      United States Magistrate Judge